I

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    CASE NO. 4:13CR00119 BSM

ROBERT GERALD BURTON                                                                  DEFENDANT

## ORDER

Robert Burton moves *pro se* for early termination of his supervised release, which commenced on June 6, 2011, and is set to expire on June 5, 2014.  Based upon information provided by the U.S. Probation Office, the government has stated that it does not oppose the motion.  Further, having reviewed the record and having met with Mr. Burton today, and members of his family, good cause exists for the early termination of Burton's supervised release.

IT IS THEREFORE ORDERED THAT Robert Burton's motion for early termination of supervised release [Doc. No. 3] is granted, and Burton's release is hereby terminated.  The clerk is directed to provide a copy of this order to the United States Probation Office.

Dated this 7th day of June 2013.

_____
UNITED STATES DISTRICT JUDGE